# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New York

Index Number: 1:20-CV-04201-ARR-SJB

Date Filed: _____

Plaintiff:
**ILKB, LLC**

vs.

Defendant:
**ARDAMANDEEP SINGH, ET AL**

STS2020028613

For:
PETER G. SIACHOS

Received by STATUS, L.L.C. to be served on **Fit Theorem Sugarland, Inc., 2725-Q Town Center Blvd, Sugar Land, TX 77470**.

I, Christian Bermudez PSC15943 EXP 5/31/21, do hereby affirm that on the **11th day of September, 2020** at **2:30 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, PRAYER FOR RELIEF, CIVIL COVER SHEET, EXHIBIT A, EXHIBIT B** with the date and hour of service endorsed thereon by me, to: **Jonathon Cheuk** as **Agent/Authorized Agent** for **Fit Theorem Sugarland, Inc.**, at the address of: **2725-Q Town Center Blvd, Sugar Land, TX 77470**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30+, Sex: M, Race/Skin Color: ASIAN/TAN, Height: 5'6", Weight: 170, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, and a competent adult not having a direct interest in the litigation.

**Christian Bermudez PSC15943 EXP 5/31/21**
Process Server

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414

Our Job Serial Number: STS-2020028613
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t