UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC,<br><br>                                    Plaintiff,<br><br>- against -<br><br>ARDAMANDEEP SINGH, HARJINDER SINGH, FIT THEORM, INC., FIT THEOREM SUGARLAND, INC., AND FIT THEOREM FRIENDSWOOD, INC.,<br><br>                                    Defendants. | Case No. 1:20-cv-04201-ARR-SJB<br><br>**AGREED MOTION** |

**DEFENDANTS' AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants, Ardamandeep Singh, Harjinder Singh, Fit Theorem, Inc., Fit Theorem Sugarland, Inc., and Fit Theorem Friendswood, Inc. (collectively, "Defendants"), hereby move for an extension of time to answer or otherwise respond to Plaintiff, ILKB, LLC's ("Plaintiff") complaint. All Defendants have been served in this matter, with the first defendant having been served on September 11, 2020 and the answer due on October 2, 2020. Defendants request that an extension be granted for all Defendants to October 23, 2020.

Plaintiff agrees to the requested extension. No previous request for extension of time to answer or otherwise respond to the complaint has been made.

Wherefore, Defendants respectfully request that the Court extend the time to answer or otherwise respond to the complaint until October 23, 2020.

Dated: New York, New York
         October 2, 2020

Respectfully submitted,

EINBINDER & DUNN, LLP


*/s/Michael Einbinder*
Michael Einbinder (ME-3930)
*Attorneys for Defendants*
112 Madison Avenue, 8th Floor
New York, New York 10016
Tel: (212) 391-9500
Fax: (212) 391-9025
me@ed-lawfirm.com

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC,<br><br>                                    Plaintiff,<br><br>    - against -<br><br>ARDAMANDEEP SINGH, HARJINDER SINGH, FIT THEORM, INC., FIT THEOREM SUGARLAND, INC., AND FIT THEOREM FRIENDSWOOD, INC.,<br><br>                                    Defendants. | Case No. 1:20-cv-04201-ARR-SJB<br><br>**PROPOSED ORDER** |

**ORDER**

This matter having come before the Court on Defendants' Agreed Motion for Extension of Time to Respond to the Complaint, IT IS HEREBY ORDERED:

That Defendants' Motion for Extension of Time to Answer or Otherwise Respond to the Complaint is granted. Defendants shall have until October 23, 2020 to file a response to the complaint.

DATED: _____, 2020

BY THE COURT:

_____
Honorable Allyne R. Ross, U.S. District Judge

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2020, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via CM/ECF.

                                      */s/ Michael Einbinder*
                                      Michael Einbinder