

Michael Einbinder
Member of the NY Bar
112 Madison Ave., 8th Floor
New York, NY 10016
T: 212-391-9500 | F: 212-391-9025
me@ed-lawfirm.com

November 6, 2020

**VIA ECF**
Magistrate Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

    Re:    Case No. 1:20-cv-04201-ARR-SJB
              ILKB, LLC v. Singh et al.

Dear Judge Bulsara:

    We represent Ardamandeep Singh, Harjinder Singh, Fit Theorem, Inc., Fit Theorem Sugarland, Inc., and Fit Theorem Friendswood, Inc. (collectively, "Defendants"), in the above-referenced action brought by ILKB, LLC ("Plaintiff").

    We are writing in response to the Court's October 23, 2020 directive to inform the Court of the parties' positions as to arbitration of this dispute. Defendants do not intend to request arbitration of any of the claims Plaintiff has asserted in this action.

Very truly yours,

*/s/Michael Einbinder*
Michael Einbinder

