PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (973) 549-2532



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 15, 2021

<u>VIA E-FILING</u>
Judge Allyne R. Ross
United States District Court
225 Cadman Plaza
East Brooklyn, New York 11201

  Re: *ILKB, LLC v. Ardamandeep Singh, et al*
    Case No. 1:20-cv-04201-ARR-SJB

Dear Judge Ross:

  Consistent with Your Honor's briefing schedule and Ms. Roeck's email, Counter-Defendants ILKB, LLC, ILKB, Too LLC, and Michael Parella served their Motion to Dismiss on counsel for Counterclaimants Michael Einbinder and Jaqueline Valenza via email on March 8, 2021. Attached is a copy of the proof of service and the cover email.

      Best regards,

      GORDON REES SCULLY MANSUKHANI, LLP

      */s/ Peter G. Siachos*

      Peter G. Siachos

PGS:wgl:hac

# Greg Lockwood

| | |
|---|---|
| **From:** | Greg Lockwood |
| **Sent:** | Monday, March 8, 2021 8:10 PM |
| **To:** | 'Jacqueline Valenza'; Michael Einbinder |
| **Cc:** | Peter Siachos; Angela Augenstein; Heather Coffey |
| **Subject:** | ILKB v. Singh, Service Motion to Dismiss |
| **Attachments:** | 2021-03-08 - Singh - Mtn to Dismiss(56999848.1).pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'Jacqueline Valenza' | |
| | Michael Einbinder | |
| | Peter Siachos | Delivered: 3/8/2021 8:10 PM |
| | Angela Augenstein | Delivered: 3/8/2021 8:10 PM |
| | Heather Coffey | Delivered: 3/8/2021 8:10 PM |

Good evening,
Please see the attached motion to dismiss served (but not filed) consistent with the Judge's order. Please let me know if you have any questions.
Also, we are still waiting to hear back from your on settlement. Please give us an update when you can. Thank you.

**GREG LOCKWOOD** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

D: 503-382-3855   |   wglockwood@grsm.com

www.grsm.com
vCard

## CERTIFICATE OF SERVICE

I, W. Greg Lockwood, certify under penalty of perjury that I served the attached COUNTER-DEFENDANTS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2) and (6) on counsel for Counterclaimant Michael Einbinder and Jacqueline Valenza via email on March 8, 2021.

Dated: March 8, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ W. Greg Lockwood

W. Greg Lockwood