

MICHAEL EINBINDER
Member of the NY Bar
112 Madison Ave., 8th Floor
New York, NY 10016
212-391-9500
me@ed-lawfirm.com

March 30, 2021

**VIA EMAIL**
Judge Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: ILKB, LLC v. Ardamandeep Singh et al.
     Case No. 1:20-cv-04201-ARR-SJB

Dear Judge Ross:

  As you know, we represent Ardamandeep Singh Defendant/Counter-Plaintiff in the above-referenced action. In accordance with the briefing schedule, Counter-Plaintiff served their Opposition to Counter-Defendants' Motion to Dismiss on counsel for Counter-Defendants Greg Lockwood and Peter G. Siachos via email on March 29, 2021. Attached is a copy of the proof of service.

                 Respectfully,

                 */s/ Michael Einbinder*
                 Michael Einbinder



| | |
|---|---|
| **From:** | Jacqueline Valenza |
| **To:** | Marguerite Willis |
| **Subject:** | FW: Singh adv. ILKB |
| **Date:** | Tuesday, March 30, 2021 2:42:53 PM |
| **Attachments:** | Exhibit B - Notice of Termination.pdf |
| | Exhibit C - APA.pdf |
| | Exhibit D - Screenshot of ILKB website.pdf |
| | Exhibit E - Declaration of Daniel Castellini.pdf |
| | Exhibit F - Siachos 9.14.2020 Letter.pdf |
| | Jacqueline Valenza Declaration.pdf |
| | 2021.3.29 Memorandum in Opposition FINAL.pdf |
| | Ardamandeep Singh Declaration.pdf |
| | Exhibit A - Castellini Letter.pdf |
| | image002.png |

Jacqueline Valenza, Esq.



112 Madison Ave, 8th Floor
New York, New York 10016
tel:  (212) 391-9500
jv@ed-lawfirm.com
www.ed-lawfirm.com

*This email transmission contains confidential and/or legally privileged information from the law firm of Einbinder & Dunn LLP intended only for the use of the individual(s) named. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or taking of action in reliance of the contents of this email is strictly prohibited*

**From:** Michael Einbinder <me@ed-lawfirm.com>
**Sent:** Monday, March 29, 2021 6:39 PM
**To:** Peter Siachos <psiachos@grsm.com>; Greg Lockwood <wglockwood@grsm.com>
**Cc:** Jacqueline Valenza <jv@ed-lawfirm.com>
**Subject:** Singh adv. ILKB

Attached are our papers in opposition to your motion.

MICHAEL EINBINDER



112 MADISON AVENUE, 8TH FLOOR
NEW YORK, NEW YORK 10016
TEL:  (212) 391-9500
www.ed-lawfirm.com
www.linkedin.com/in/meinbinderfranchiselawyer

*This email transmission contains confidential and/or legally privileged information from the law firm of Einbinder &*

*Dunn LLP intended only for the use of the individual(s) named. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or taking of action in reliance of the contents of this email is strictly prohibited.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the Memorandum in Opposition to Counter-Defendants' Motion to Dismiss, Declaration of Ardamandeep Singh, Declaration of Jacqueline Valenza and exhibits was served on counsel for Counter-Defendants, Greg Lockwood and Peter Siachos of Gordon Rees Scully Mansukhani, LLP, via email on March 29, 2021.

                                                    /s/ Michael Einbinder