

MICHAEL EINBINDER
Member of the NY Bar
112 Madison Ave., 8th Floor
New York, NY 10016
212-391-9500
me@ed-lawfirm.com

October 19, 2021

**VIA ECF**
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ILKB, LLC v. Ardamandeep Singh *et al.*
              Case No.: 1:20-cv-4201-ARR-SJB

Dear Judge Bulsara:

      This firm represents the Defendants, Ardamandeep Singh, Harjinder Singh, Fit Theorem, Inc., Fit Theorem Sugarland, Inc., and Fit Theorem Friendswood, Inc., and Counter-plaintiff Ardamandeep Singh in this action. Counsel for Plaintiff ILKB, LLC and I are pleased to advise the court that the parties have reached a settlement agreement and we are currently negotiating the final settlement documents. We will hopefully finalize the settlement in the next two weeks and will advise the court when we do.

                        Respectfully submitted,

                        */s/Michael Einbinder*
                        Michael Einbinder

cc:  Peter Siachos (via ECF)

