

MICHAEL EINBINDER
Member of the NY Bar
112 Madison Ave., 8th Floor
New York, NY 10016
212-391-9500
me@ed-lawfirm.com

November 2, 2021

**VIA ECF**
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ILKB, LLC v. Ardamandeep Singh *et al.*
             Case No.: 1:20-cv-4201-ARR-SJB

Dear Judge Bulsara:

    This firm represents the Defendants, Ardamandeep Singh, Harjinder Singh, Fit Theorem, Inc., Fit Theorem Sugarland, Inc., and Fit Theorem Friendswood, Inc., and Counter-plaintiff Ardamandeep Singh in this action. We are writing to advise the court that we are still working with counsel for Plaintiff ILKB, LLC to finalize settlement documents. We respectfully request an additional three-week extension to file the stipulation of dismissal referenced in your Honor's order dated October 20, 2021.   The current deadline to file the stipulation is November 3, 2021, we request a new deadline to file the stipulation by November 24, 2021.

                                      Respectfully submitted,

                                      */s/Michael Einbinder*
                                      Michael Einbinder

cc:    Peter Siachos (via ECF)
        Greg Lockwood (via ECF)

