UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILKB, LLC, <br><br> Plaintiff, <br><br> - against - <br><br><br> ARDAMANDEEP SINGH, HARJINDER SINGH, FIT THEOREM INC., FIT THEOREM SUGARLAND, INC., and FIT THEOREM FRIENDSWOOD, INC., <br><br> Defendants. <br><br> And <br><br> ARDAMANDEEP SINGH, <br><br><br> Defendant/Counter-Plaintiff <br><br> - against – <br><br> ILKB, LLC, MICHAEL PARRELLA, and ILKB TOO, LLC, <br><br> Counter-Defendants/ Additional Defendants. | Civil Action No. <br> 1:20-cv-04201-ARR-SJB <br><br><br><br><br> **STIPULATION FOR DISMISSAL** |

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys for the parties, that the complaint and counterclaims in this matter be dismissed with prejudice and with each party to bear their own attorneys' fees and costs.

Dated: December 3, 2021

2

| GORDON REES SCULLY MANSUKHANI, LLP | EINBINDER & DUNN LLP |
|---|---|
| By: */s/Peter G. Siachos*<br>    Peter G. Siachos, Esq.<br>    *Attorneys for Plaintiff and Counter-Defendants/Additional Defendant*<br>    1 Battery Park Plaza, 28th Floor<br>    New York, NY 10004<br>    Telephone: (917) 549-2532<br>    Fax: (973) 377-1911<br>    Email: psiachos@grsm.com | By: */s/Michael Einbinder*<br>    Michael Einbinder, Esq.<br>    *Attorneys for Defendants and Counter-Plaintiff*<br>    112 Madison Ave, 8th Floor<br>    New York, NY 10016<br>    Telephone: (212)391-9500<br>    Fax: (212)391-9025<br>    Email: me@ed-lawfirm.com |

SO ORDERED:

_____
Sanket J. Bulsara
United States Magistrate Judge